**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| KEVIN ZIMMERMAN,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>MANNAT, CORP.,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-cv-00305-APG-NJK<br><br>**<u>ORDER</u>** |

　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

　　　IT IS SO ORDERED.

　　　Dated: February 10, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE