# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
| Plaintiff, | Case No. 2:17-cv-00305-GMN-GWF |
| vs. | **ORDER** |
| MANNAT, CORP., | |
| Defendant. | |

On February 28, 2017, the Court filed an Omnibus Transfer Order (ECF No. 7) in this case as well as in the cases filed by Plaintiff as of February 23, 2017.  Therein, the Court ordered Plaintiff to file a copy of that Order in "any future ADA case he files in this district."  Plaintiff must therefore file the Court's Omnibus Transfer Order in each filed after February 23, 2017 and has not yet done so.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff file the Omnibus Transfer Order (ECF No. 7) in all cases filed since February 23, 2017 in which a copy of the Omnibus Transfer Order has not yet been filed no later than **March 8, 2017**.

DATED this 3rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge